CIVIL MINUTES

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA



HONORABLE DAVE LEE BRANNON

===================================================================

CASE NO.: 13-20650-Civ-Middlebrooks/Brannon

DATE: March 27, 2013 @ 3:00 p.m.

DAR/TIME IN COURT: 14:59:25/6 mins.

ARRIVALSTAR, SA, et al.,

    Plaintiff(s),

vs.

HEWLETT-PACKARD,

    Defendant(s).
_____/

P. Attorney(s): Bill McMahon

D. Attorney(s): _____

Type of Hearing: TELEPHONIC SCHEDULING CONFERENCE

Result of Hearing: Plaintiff's counsel present. Conference held. Court to issue scheduling order & order of referral to mediation.