IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:13-cv-20650

ARRIVALSTAR S.A. and MELVINO
TECHNOLOGIES LIMITED,

        Plaintiffs,

vs.

HEWLETT-PACKARD,

        Defendant.
_____/

**UNOPPOSED MOTION FOR EXTENSION OF
TIME TO RESPOND TO PLAINTIFFS' COMPLAINT**

Plaintiffs, ArrivalStar S.A. and Melvino Technologies Limited ("Plaintiffs"), by and through their undersigned counsel, on behalf of Defendant, Hewlett-Packard ("Defendant"), and pursuant to Rule 6 of the Federal Rules of Civil Procedure and Rule 7 of the Court's Local Rules, hereby respectfully request that the Court allow Defendant an extension of 30 days in which to respond to Plaintiffs' Complaint for Patent Infringement, and in support, state as follows:

1. Plaintiffs filed a Complaint for Patent Infringement on or about March 7, 2013 and Defendant was served on March 18, 2013.

2. The parties are already in the process of trying to amicably resolve this matter to avoid any further litigation in this or any other matter. Thus, Defendant has requested, and Plaintiffs have agreed, that Plaintiffs file the instant Motion to preserve defense costs so as to facilitate a quick and speedy resolution of this matter.

3. This is the first request for an extension filed by or on behalf of Defendant. This Motion is not meant to delay getting to the merits of this case, and the granting of this Motion will not prejudice any parties in this case. It is made for good cause and it is filed in good faith.

4. Rule 6(b)(1) of the Federal Rules of Civil Procedure states:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time:
>
> (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or
>
> (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

5. District courts are granted broad discretion under Rule 6 of the Federal Rules of Civil Procedure to expand filing deadlines. See Kernisant v. City of N.Y., 225 F.R.D. 422, 431 (E.D. N.Y. 2005). Thus, applications for enlargement of time under Rule 6 are routinely granted when the motion is made before the deadline to file, in the absence of bad faith on the part of the moving party, or any resulting prejudice to the adverse party. Id.

6. The intent behind the Federal Rules of Civil Procedure is to secure the "just, speedy, and inexpensive determination of every action and proceeding". Fed. R. Civ. P. 1. Therefore, courts generally give Rule 6 a liberal construction to work substantial justice. Anderson v. Stanco Sports Library, Inc., 52 F.R.D. 108, 110 (D. S.C. 1971). In this instance, the granting of this Motion would work substantial justice.

7. Based on all these reasons, Plaintiffs respectfully request that this Motion be granted and that Defendant be allowed until May 8, 2013, in which to respond to Plaintiffs' Complaint for Patent Infringement.

## **LOCAL RULE GOOD FAITH CERTIFICATION**

8. Undersigned counsel certifies that:  (1) he conferred with Defense counsel on April 2, 2013 via email and the telephone; and, (2) no opposition will be filed against this Motion as Defense counsel agrees with the contents of both the Motion and proposed Order.

WHEREFORE, Plaintiffs ArrivalStar S.A. and Melvino Technologies Limited, on behalf of Defendant Hewlett-Packard, hereby respectfully request that this Court enter an Order granting this Motion and extending the deadline to respond to Plaintiffs' Complaint, up to and including May 8, 2012.

Dated:  April 2, 2013.         Respectfully submitted,

                    /s/ William R. McMahon
                    William R. McMahon, Esquire
                    Florida Bar Number: 39044
                    McMahon Law Firm, LLC
                    21070 Sweetwater Lane North
                    Boca Raton, Florida 33428
                    Telephone: 561-470-7604
                    Facsimile: 561-807-5900
                    Email: bill@mlfllc.com
                    **Counsel for Plaintiffs**